IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/3/2017
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

CAMERON M. JACKSON,

*Plaintiff,*

v.

LIBERTY UNIVERSITY ET AL.,

*Defendants.*

6:17-CV-00041

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court upon Defendants' motions to dismiss. (Dkts. 6, 9). For the reasons articulated in the accompanying memorandum opinion, each motion is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the motions are **GRANTED** as to Count II (breach of contract), Count III (covenant of good faith and fair dealing), Count IV (promissory estoppel), Count V (negligence by Defendant Liberty University), Count VII (declaratory judgment), Count IX (negligence against Defendant Mullin), Count X (negligence against Defendant Dufort), Count XI (negligence against Defendant Ignacio), and XII (negligence against Defendant Bucci), Count XV (civil conspiracy), and Count XVI (malicious abuse of legal process). These claims are hereby **DISMISSED WITH PREJUDICE**.

The motions are **DENIED** as to Counts VI and VII (defamation against Liberty); Counts XIII and XIV (defamation against Defendant Stevens); and Counts XVII and XVIII (defamation against Defendant Browning). The motions did not address Count I, so it is unaffected by this Order. As a result of this Order, Defendants Robert Mullin, Valerie Dufort, Jonathan Ignacio, and Elysa Bucci are dismissed from the case.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered this  3rd  day of August, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE