IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

CAMERON M. JACKSON, )
)
      Plaintiff, )
)
v. )    Civil Action No. 6:17-CV-41-NKM
)
LIBERTY UNIVERSITY, et al., )
)

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate that they have resolved this matter and that this action be dismissed WITH PREJUDICE, each party to bear its or his own costs and attorneys' fees.

SO STIPULATED AND AGREED.

Dated: March 20, 2018.


/s/ Joshua Farmer
Joshua Farmer (Va. Bar #: 87508)
Farmer Legal, PLLC
4870 Sadler Road, Suite 300
Glen Allen, VA 23060
(804) 325-1441
(804) 510-0224 (facsimile)
josh@farmerlegalhelp.com

*Counsel for Cameron Jackson*

1

/s/ Melissa Wolf Riley
R. Craig Wood (Va. Bar #: 24264)
Melissa Wolf Riley (Va. Bar #: 43316)
MCGUIREWOODS LLP
310 Fourth Street, N.E., Suite 300
P. O. Box 1288
Charlottesville, VA 22902
(434) 977-2598
(434) 980-2275 (facsimile)
cwood@mcguirewoods.com
mriley@mcguirewoods.com

Summer Speight (Va. Bar #: 80957)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1839
(804) 698-2128 (facsimile)
sspeight@mcguirewoods.com

*Counsel for Liberty University and Len Stevens*


/s/ Stephanie P. Karn
Stephanie P. Karn (VSB #: 38238)
Kaplan, Voekler, Cunningham & Frank, PLC
1401 East Cary Street
Richmond, VA 23219
(804) 823-4077
(804) 823-4099 (facsimile)
skarn@kv-legal.com

*Counsel for Sarah Browning*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 29th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such file (NEF) to the following:

R. Craig Wood (Va. Bar #: 24264)
Melissa Wolf Riley (Va. Bar #: 43316)
MCGUIREWOODS LLP
310 Fourth Street, N.E., Suite 300
P. O. Box 1288
Charlottesville, VA 22902
(434) 977-2598
(434) 980-2275 (facsimile)
cwood@mcguirewoods.com
mriley@mcguirewoods.com

Summer Speight (Va. Bar #: 80957)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1839
(804) 698-2128 (facsimile)
sspeight@mcguirewoods.com

*Counsel for Liberty University and Len Stevens*

Stephanie P. Karn (VSB #: 38238)
Kaplan, Voekler, Cunningham & Frank, PLC
1401 East Cary Street
Richmond, VA 23219
(804) 823-4077
(804) 823-4099 (facsimile)
skarn@kv-legal.com

*Counsel for Sarah Browning*

                                              /s/ Joshua Farmer

99710459_2